FILED'07 DEC 13 13:55 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>  v.<br><br>FELTON HOWARD, JR.,<br><br>           Defendant. | CR No. 05-380-BR<br><br>ORDER REDUCING SENTENCE |

  This matter having come before the Court upon the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c), and the Court having found that the retroactive amendment to the crack cocaine guideline reduces the base offense level from 30 to 28, and the parties having agreed upon the disposition of this case,

  IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to time served;

  IT IS FURTHER ORDERED that the terms of his supervision include a requirement that he be placed at the Oregon Halfway House until he obtains suitable housing;

**ORDER REDUCING SENTENCE**

IT IS FURTHER ORDERED THAT all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, the defendant shall report to the United States Probation Office closest to the release destination within seventy-two hours.

DATED this 13th day of December, 2007.

_____
Honorable Anna J. Brown
United States District Judge

PRESENTED BY:

*/s/ Steven T. Wax*
Steven T. Wax
Attorney for Defendant

ORDER REDUCING SENTENCE